UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>)<br>)<br>**CARLOS GABRIEL DE AZA,** )<br>)<br>**Defendant.** ) | 7:18-cr-00459-LSC-TMP-1 |

## MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 12.) The magistrate judge filed a report and recommendation recommending that the motion be denied. (Doc. 20.) The defendant objected. (Doc. 24.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection thereto, the Court is of the opinion that the report (doc. 20) is due to be and hereby is **ADOPTED**, the recommendation is **ACCEPTED**. Consequently, the motion to suppress (doc. 12) is hereby **DENIED**.

**DONE** AND **ORDERED** ON JANUARY 25, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704